

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 5, 2026

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     **Re: *United States v. Wenfeng Cui et al.*, 26 Cr. 159 (LGS)**

Dear Judge Schofield:

     The parties write jointly in response to the Court's April 30, 2026, scheduling order, (Dkt. 20).  The parties respectfully propose the following dates for discovery, the filing of motions, and a pre-trial conference:

- Rule 16 Discovery:     July 10, 2026
- Defense Motions:     September 18, 2026
- Government Response:     October 16, 2025
- Defense Reply:     October 30, 2026
- Pre-Trial Conference:     November 2, 2026 *or* November 3, 2026 *or* November 5, 2026

     The Government further requests that the time between today's date and the date of the pre-trial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government to produce discovery, defense counsel to review discovery and considers motions, and the parties to continue discussions regarding a pretrial resolution of this case.

Application Granted in part.  Rule 16 discovery shall be completed by **July 10, 2026**.  Defendants' motion(s), if any, shall be filed by **September 18, 2026**.  The Government's response shall be filed by **October 9, 2026**.  Defendants' reply shall be filed by **October 20, 2026**.  The parties shall appear for a status conference on **October 13, 2026 at 10:30 a.m**.  The Court finds that the ends of justice served by excluding the time between today and October 13, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow the parties time to produce and review discovery and for the Defendants to evaluate whether to file any pretrial motions and to file any such motions.  It is hereby ORDERED that the time between today and October 13, 2026, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: May 8, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Defense counsel for both defendants consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Ryan T. Nees
Assistant United States Attorney
(212) 637-1595

Cc:   Jonathan Marvinny, Esq.
Louis Fasulo, Esq.