**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 21, 2026

Application Granted. The Court finds that the ends of justice served by excluding the time between today and December 1, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow Defendants time to review discovery, evaluate whether to file any pretrial motions and to file any such motions. It is hereby ORDERED that the time between today and December 1, 2026, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 32.
Dated: September 22, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Wenfeng Cui et al.*, 26 Cr. 159 (LGS)**

Dear Judge Schofield:

The Government respectfully writes in response to the Court's September 21, 2026, order, (Dkt. 31), and defendant Wenfeng Cui's prior September 15, 2026, application for an extension of time to file pre-trial motions in this case, (Dkt. 30).

The Government respectfully requests the time between October 13, 2026, and the date of the re-scheduled status conference, on December 1, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow defense counsel to continue to review discovery and prepare motions, and the parties to continue discussions regarding a pretrial resolution of this case. Defense counsel for both defendants consent to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ________________________
Ryan T. Nees
Assistant United States Attorney
(212) 637-1595

Cc: Todd Spodek, Esq.
Louis Fasulo, Esq.